

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:       ML DEV, LP, incorrectly named ML Development, LP Window DEV
GP, LLP, IGLOO Partners #11, LP Beamer Road  Partners, LLP,
Dixie Farm Partners, LLP, Blipm Base Project, LP HYAS Corporation
LP, Katy I-10 Prairie Partners, LP, Waller XYZ LP, Rancho General
Inc v. Ross Dress for Less, Inc.

Appellate case number:    01-20-00773-CV

Trial court case number:  CV20-09-0018

Trial court:                      506th District Court of Waller County

Appellee, Ross Dress for Less, Inc., has filed a motion requesting that our Court consider this appeal on the original papers without submission of briefs. In the alternative, appellee requests that we order expedited briefing providing that (a) appellants opening brief is due within 5 days after the record is filed, (b) appellee's response brief is due 5 days after appellants' brief is filed, and (c) no reply brief is permitted. The motion is DENIED.

As provided in the notice sent by this court on November 20, 2020, appellants' opening brief is due on December 10, 2020. Appellee's response brief shall be due within 20 days of the filing of appellants' brief. To expedite the resolution of this case, no reply brief is permitted and no extensions shall be granted.

It is so ORDERED.

Judge's signature: _____/s/ Sarah B. Landau_____
                              Acting individually

Date:   __December 3, 2020____